UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CCMA, LLC,
450 Corporate Parkway
Suite 100
Amherst, New York 14226

                                      Plaintiff,

      v.                                                 Civil No.:

Lenos Plus, A.S.,
Veleslavinova 93/10
110 00 Praha 1
Czech Republic

                                      Defendant.

# COMPLAINT

CCMA, LLC, by and through its attorneys, Hodgson Russ LLP alleges for its complaint:

1. This action arises out of CCMA, LLC's purchase of 1,750 metric tons of High Carbon Ferrochrome from Lenox Plus, A.S. and Lenox Plus, A.S.'s failure to deliver the goods to CCMA, LLC.

### PARTIES AND JURISDICTION

2. CCMA, LLC is a Delaware limited liability company with its principal place of business at 450 Corporate Parkway, Suite 100, Amherst, New York.

3. CCMA's members are all citizens of the United States or Germany.

4. CCMA is an international commodities trader with a particular focus on metals, alloys, and other raw materials.

5. Upon information and belief, Lenox Plus, A.S. is a corporation organized under the laws of the Czech Republic with its principal place of business at Veleslavinova 93/10 110 00 Praha 1, Czech Republic.

6. Lenox Plus is a commodities trader that represents itself as an exclusive distributor for certain producers of ferroalloys.

7. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because the contracts between the parties are governed by the United Nations Convention on Contracts for the International Sale of Goods ("C.I.S.G.").

8. This Court has personal jurisdiction over Lenox Plus because it entered into a contract with CCMA that provided for jurisdiction and venue of any dispute to be in the United States District Court for the Western District of New York and whereby it expressly consented to personal jurisdiction in this Court. In addition, the subject contract was to be performed, at least in part, in this District.

9. Venue in this District is proper under 28 U.S.C. § 1391(b)(2) and (3).

**FACTUAL BACKGROUND**

10. On October 25, 2016, Parham Ghazi Saeedi, on behalf of CCMA, confirmed in writing that Lenox Plus had agreed to sell, and CCMA had agreed to purchase, 500 metric tons of High Carbon Ferrochrome with specifications of 60% Chromium (minimum),

1.5% Silicon (maximum), .03% Phosphorus (maximum), .03% Sulfur (maximum), and 8.5% Carbon (maximum), at a price of $.81 USD per-pound of Chromium, for delivery in October 2016.

11. Lenox Plus issued a Sales Confirmation for the same quality, quantity, price, delivery location, and delivery date, on the morning of October 26, 2016.  A true and correct copy of the Sales Confirmation is attached as **Exhibit A** and incorporated herein.

12. CCMA subsequently issued Purchase Order No. MA 4226 for the same quality, quantity, price, delivery location, and delivery date, along with its terms and conditions. A true and correct copy of CCMA's Purchase Order is attached as **Exhibit B** and incorporated herein.

13. CCMA's Terms and Conditions provide, among other things, that the purchase order will be governed by "the laws of the State of New York," without regard to its choice of law rules, and each party "consents to submit to the exclusive jurisdiction of the United States District Court for the Western District of New York. . . . for any action or proceeding arising out of or relating to the sale of Seller's products to Buyer [CCMA]. . . ."  The parties expressly waived any objection to venue and the defense that such a venue is an inconvenient forum.  *See* Ex. B.

14. On October 27, 2016, the quantity of High Carbon Ferrochrome was increased from 500 metric tons to 1,000 metric tons.

15. Mr. Saeedi again confirmed, on behalf of CCMA, the change in a writing to all parties.

16. Later on October 27, CCMA issued a revised Purchase Order No. MA 4226, reflecting the new quantity. A true and correct copy of CCMA's revised Purchase Order is attached as **Exhibit C** and incorporated herein.

17. CCMA's purchase order expressly incorporated the terms and conditions that it had sent to Lenox Plus on October 26.

18. Again, the delivery date identified in the revised purchase order was October 2016.

19. Lenox Plus accepted the revised purchase order without objection and partially performed under the contract.

20. On November 1, 2016, CCMA agreed to purchase an additional 750 metric tons of High Carbon Ferrochrome from Lenox Plus at a price of $.84 USD per-pound of Chromium, with delivery in November 2016.

21. The quality was to be the same as that specified in the October purchase orders.

22. In early November 2016, representatives from CCMA and Lenox Plus met in Prague and Lenox Plus confirmed the quantities, price, and delivery schedule.

23. The additional purchase was confirmed in a November 11, 2016 Purchase Order bearing number MA 4280 from CCMA and a corresponding Sales Confirmation from Lenox Plus. A true and correct copy of the Purchase Order is attached as **Exhibit D** and Lenox Plus's Sales Confirmation is attached as **Exhibit E**, both are incorporated herein.

24. Again, CCMA's purchase order specifically incorporated the terms and conditions that it had sent with its original purchase order.

25. On November 11, 2016, Lenox Plus invoiced CCMA for the initial delivery of 500 metric tons of High Carbon Ferrochrome at $.81 USD per-pound of Chromium.

26. CCMA paid for that delivery on November 14, 2016.

27. On the same day, CCMA requested confirmation as to the release of the remaining 1,250 metric of tons of High Carbon Ferrochrome and was told by Lenox Plus that it was "going to release 2nd part of FeCrHc this week."

28. No release was made that week, or in the following weeks.

29. On November 28, 2016, CCMA again inquired as to when the additional releases would be made.

30. On November 30, Lenox Plus acknowledged, in writing, that it was obligated to provide the additional High Carbon Ferrochrome to CCMA.

31. CCMA has not received the remaining 1,250 metric tons of High Carbon Ferrochrome it ordered from Lenox Plus.

32. Lenox Plus knew that CCMA had its own customers to whom it was going to resell the High Carbon Ferrochrome.

33. CCMA is being forced to obtain High Carbon Ferrochrome from other sources at prices well above $.81 and $.84 per-pound of Chromium in order to meet its contractual obligations.

34. CCMA has attempted to negotiate in good-faith to resolve this dispute, but Lenox Plus has failed and refused to engage in any settlement discussions since November 30, 2016.

35. On January 6, 2017, CCMA's counsel wrote to Lenox Plus seeking to negotiate a resolution, but no response was received.

36. CCMA has been damaged as a result of Lenox Plus's conduct.

## FIRST CAUSE OF ACTION

37. CCMA repeats and re-alleges the allegations contained in paragraphs 1 through 36 as if fully set forth here.

38. CCMA and Lenox Plus entered into binding contracts for the sale and purchase of 1,750 metric tons of High Carbon Ferrochrome to be delivered in October and November 2016.

39. Lenox Plus delivered 500 metric tons, but has not delivered the remaining 1,250 metric tons that CCMA contracted.

40. CCMA has sought assurances that Lenox Plus is going to perform pursuant to the contracts and it has not responded.

41.     The market for High Carbon Ferrochrome has gone up by over 50% in the last two to three months.  CCMA missed the market because it did not want to have quantities greater than 1,250 metric tons of unsold High Carbon Ferrochrome and it was expecting delivery by Lenox for the full quantity contracted.

42.     CCMA has suffered monetary damages of at least $500,000 (USD) as a result of Lenox Plus's breach of those agreements.

43.     Pursuant to Articles 74 through 78 of the C.I.S.G., CCMA is entitled to its lost profits and interest on those lost profits.

**WHEREFORE**, CCMA demands judgment as follows:

(1)     On its first cause of action, money damages and interest;

(2)     Costs, disbursements, and attorneys' fees as allowed by law; and

(3)     Such other and further relief as the Court deems proper.

Dated:     January 17, 2017

**HODGSON RUSS** LLP
*Attorneys for CCMA, LLC*

By: /S/Ryan K. Cummings _____
       Ryan K. Cummings
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
Telephone: 716.848.1665
Facsimile: 716.849.0349
Email: *ryan_cummings@hodgsonruss.com*

000161.00769 Litigation 14290008v2