UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CCMA, LLC,

                        Plaintiff,

    v.                                                   Civil No.: 17-CV-00046-WMS

Lenos Plus, A.S.,

                        Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY**
**DISMISSAL WITHOUT PREJUDICE**

      Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff files a notice of dismissal without prejudice.

This 6th day of December, 2017.

                                      Respectfully submitted,
                                      **HODGSON RUSS LLP**

                                      By: /S/ Ryan K. Cummings
                                      Ryan K. Cummings
                                      The Guaranty Building
                                      140 Pearl Street, Suite 100
                                      Buffalo, New York 14202
                                      Telephone: (716) 856-4000
                                     Facsimile: (716) 849-0349
                                     E-mail: *ryan_cummings@hodgsonruss.com*

                                     *Attorneys for CCMA, LLC*